**FILED**

APR - 6 2011

CLERK
U.S. BANKRUPTCY COURT
By _____
DEPUTY CLERK

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ALASKA

UNCLAIMED DIVIDENDS/DIVIDENDS LESS THAN $5 FOR DEPOSIT TO REGISTRY FUND

DEBTOR: THOMPSON, SANDY JANE

CASE NO.: 08-00150

PLEASE CHECK ONE:

__X__ UNCLAIMED DIVIDENDS

_____ DISTRIBUTION LESS THAN $5

| CREDITOR/ADDRESS | CLAIM NO. | AMOUNT |
|---|---|---|
| Pathology Consultants4 051089 543 Third Avenue, Ste 103 Fairbanks, AK 99701 | | $122.48 |

RECEIPT # 21707
FEE $ 122.48

INTEREST EARNED SUBSEQUENT TO DISTRIBUTION OF DIVIDENDS

$ _____

TOTAL: $ 122.48

DATE: April 5, 2011

_____, Trustee
TRUSTEE